03/31/2011 17:08 FAX 002

Case 1:11-mj-00306-LB Document 14 Filed 04/01/11 Page 1 of 1
Case 1:11-mj-00306-LB Document 13 Filed 03/31/11 Page 1 of 1

**Law Offices of**
# GUY OKSENHENDLER
27 Union Square West
Suite 503
New York, New York 10003
(212) 213-4666
Fax: (212) 213-1462
goksenhendleresq@aol.com

March 31, 2011

VIA ECF

Honorable Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> *Application granted to extend the time for an additional surety to co-sign the bond by 4/8/11.*
> *SO ORDERED.*
> */s/ USMJ*
> *4/1/11*

Re: **United States v. Joseph Catapano**
Dkt. No.11-mj-306
Request for Additional Time for
Suretor to Sign Bond and to Post Property

Dear Judge Go:

Please be advised that I am new counsel and have filed a Notice of Appearance on behalf of Mr. Catapano in the instant case. Reference is made to the conditions of pre-trial release for defendant Joseph Catapano set by the Court on March 25, 2011 requiring one additional surety to co-sign the bond and a property to secure the bond by April 1, 2011 in the above-entitled case. It is respectfully requested that Your Honor grant Mr. Catapano an additional week to have such additional surety sign the bond and to offer a property to secure the bond. Accordingly, it is requested that Mr. Catapano have until April 8, 2011. Counsel has attempted to contact Assistant United States Attorney Elizabeth Geddes regarding this request to gain her consent, however counsel has not been successful in speaking with her.

If you have any questions regarding this or any other matter, please do not hesitate to contact counsel immediately at the above-listed numbers.

Very truly yours,
/s/
Guy Oksenhendler

cc: Elizabeth Geddes, AUSA, EDNY
Clerk of the Court